## TERRANCE STEVENSON *v.* COMMISSIONER OF CORRECTION

The petitioner Terrance Stevenson's petition for certification for appeal from the Appellate Court, 67 Conn. App. 908 (AC 20860), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Carolyn K. Longstreth*, assistant state's attorney, in opposition.

Decided March 28, 2002